**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice**

Civil Action No. 05-cv-02074-PSF-GJR

**ROBERT PAUL THORPE; and
MARIA ELIZABETH THORPE,**

Plaintiffs,

vs.

**THE CITY OF GRAND JUNCTION, COLORADO;
GREG MORRISON, as Chairperson, Board of Directors for the Telephone
Service Authority Board, Grand Junction; Grand Junction Emergency Telephone
Service Authority Board; and Grand Junction Regional Communications Center;
WILLIAM GARDNER, individually and in his official capacity as Undersheriff
of Mesa County;
RICHARD ROQUEMORE, individually and in his official capacity as a Sheriff's
Deputy of Mesa County, Colorado;
SHERIFF STAN HILKE, individually and for Mesa County Sheriff's Department;
GRAND JUNCTION EMERGENCY TELEPHONE SERVICE AUTHORITY BOARD;
GRAND JUNCTION REGIONAL COMMUNICATIONS CENTER;
PAULA CREASY, individually and in her official capacity as dispatch supervisor,
Grand Junction Regional Communications Center;
MIRANDA SMITH, individually and in her official capacity as dispatcher for
Grand Junction Regional Communications Center; and
DAVID ROWE, individually and in his official capacity as a Sheriff's Deputy of
Mesa County, Colorado,**

Defendants.

---

### ORDER SETTING SCHEDULING/PLANNING CONFERENCE

---

The above captioned case has been referred to Magistrate Judge Gudrun Rice pursuant to the Order of Reference entered by Judge Phillip S. Figa on November 17, 2005.

IT IS HEREBY **ORDERED** that a Scheduling/Planning Conference pursuant to Fed.R.Civ.P. 16(b) shall be held on **January 12, 2006**, commencing at **11:00 a.m.** in Courtroom 323 of the U.S. Courthouse and Federal Building, 400 Rood Avenue, Grand Junction, Colorado. If this date is not convenient for any counsel/pro se party, he/she shall **file a motion** to reschedule the conference to a more convenient date, and shall list dates which are available for all counsel/pro se parties.

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be considered unless a motion is made FIVE (5) business dates in advance of the date of appearance.**

**The plaintiffs shall notify all parties who have not entered an appearance of the date and time of the Scheduling/Planning Conference.**

IT IS **ORDERED** that counsel/pro se parties in this case are to hold a pre-scheduling conference meeting and **prepare a proposed Scheduling Order** in accordance with Fed.R.Civ.P. 26(f), as amended, and the instructions accompanying the form scheduling order on or before 21 days before the scheduling conference. Pursuant to Fed.R.Civ.P. 26(d), as amended, no discovery is to be exchanged until after the Rule 26(f) conference meeting.

No later than five (5) calendar days prior to the Scheduling/Planning Conference, counsel/pro se parties shall submit their proposed Scheduling Order in the format available on the Court's website at: www.cod.uscourts.gov under magistrate judges forms **(in PDF)** in compliance with the Court's Electronic Case Filing Procedures which are also available on the Court's website. An additional copy of the proposed scheduling order is to be provided to my chambers at Rice_Chambers@cod.uscourts.gov by **e-mail attachment** with the subject line stating "proposed Scheduling Order" and in **WordPerfect format**.

In addition to the instructions for completing the Scheduling Order, which may be found on the court's website with the scheduling order form, counsel and pro se parties should consider whether electronic discovery will be needed. Specifically, in those cases in which: (i) the parties' substantive allegations involve extensive computer-generated records; (ii) a substantial amount of disclosure or discovery will involve information or records in electronic form (i.e., e-mail, word processing, databases); (iii) expert witnesses will develop testimony based in large part on computer data and/or modeling; or (iv) any party plans to present a substantial amount of evidence in digital form at trial, the parties shall confer regarding what efforts will be needed to preserve computer records and data, facilitate computer-based discovery and who will pay costs, resolve privilege issues, limit discovery costs and delay, and avoid discovery disputes relating to electronic discovery. The parties shall include these issues, if appropriate, in the proposed scheduling order and shall be prepared to discuss them at the scheduling/planning conference.

Further, on or before 14 days after the Rule 26(f) pre-scheduling conference meeting, the parties shall comply with the mandatory disclosure requirements of Fed.R.Civ.P. 26(a)(1), as amended.

Parties who are pro se or do not have access to the internet may obtain the scheduling order form and instructions from the Clerk's Office, Room 309, in the U.S. Courthouse and Federal Building, 400 Rood Avenue, Grand Junction, Colorado (81501). Scheduling Orders prepared by parties not represented by counsel, or without access to electronic case filing, are to be submitted to the Clerk of the Court on paper.

IT IS **FURTHER ORDERED** that at least five (5) calendar days before the Scheduling Planning Conference, counsel/pro se parties shall submit a brief Confidential Settlement Statement to the Magistrate Judge **ONLY**, outlining the facts and issues involved in the case, and the possibilities for settlement, including any settlement authority from the client. Electronic case filing participants are to submit their Confidential Settlement Statements to chambers at Rice_Chambers@cod.uscourts.gov with the subject line stating "Confidential Settlement Statement". The Confidential Settlement Statement should be submitted **in PDF** format and sent as an attachment to the e-mail. Documents with attachments totaling over 15 pages shall be submitted **to the office of the Magistrate Judge, 400 Rood Avenue, Room 310, Grand Junction, Colorado (81501)** in an envelope labeled "Personal Materials" addressed to Magistrate Judge Gudrun Rice.[1] Counsel/pro se parties should be prepared to discuss settlement at the Scheduling/Planning Conference and should obtain full settlement authority from the client, or have the client available either in person or by telephone.

All out-of-state counsel shall comply with D.C.COLO.LCivR 83.3 before the Scheduling/Planning Conference.

It is the responsibility of counsel/pro se parties to notify the Court of his/her entry of appearance, notice of withdrawal, notice of substitution of counsel, or notice of change of address, e-mail address, or telephone number by complying with the Court's Electronic Case Filing Procedures or paper-filing the appropriate document with the Court.

**The parties are further advised that they shall not assume that the Court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated**

---

[1] **Do not label this envelope "confidential settlement statement" because you will risk the public filing of the document.**

3

**by court order may result in the imposition of sanctions, under Rule 16(f), Fed.R.Civ.P.**

DATED:  November 22, 2005 at Grand Junction, Colorado.

BY THE COURT:

/s/ Gudrun Rice
Gudrun Rice
United States Magistrate Judge