IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02074-PSF-GJR

ROBERT PAUL THORPE; and
MARIA ELIZABETH THORPE,

Plaintiffs,

vs.

THE CITY OF GRAND JUNCTION, COLORADO;
GREG MORRISON, as Chairperson, Board of Directors for the Telephone
Service Authority Board, Grand Junction; Grand Junction Emergency Telephone
Service Authority Board; and Grand Junction Regional Communications Center;
WILLIAM GARDNER, individually and in his official capacity as Undersheriff
of Mesa County;
RICHARD ROQUEMORE, individually and in his official capacity as a Sheriff's
Deputy of Mesa County, Colorado;
SHERIFF STAN HILKE, individually and for Mesa County Sheriff's Department;
GRAND JUNCTION EMERGENCY TELEPHONE SERVICE AUTHORITY BOARD;
GRAND JUNCTION REGIONAL COMMUNICATIONS CENTER;
PAULA CREASY, individually and in her official capacity as dispatch supervisor,
Grand Junction Regional Communications Center;
MIRANDA SMITH, individually and in her official capacity as dispatcher for
Grand Junction Regional Communications Center; and
DAVID ROWE, individually and in his official capacity as a Sheriff's Deputy of
Mesa County, Colorado,

Defendants.

## ORDER RE: RESETTING OF SCHEDULING/PLANNING CONFERENCE

The Court finds it necessary to reschedule the scheduling/planning conference in this matter from January 12, 2006 to Thursday, January 19, 2006 commencing at 11:00 a.m. The Court apologizes for any inconvenience.

Dated this 3rd day of January, 2006.

BY THE COURT:

/s/ Gudrun Rice

Gudrun Rice
United States Magistrate Judge